UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA ARCHIBALD, *as Parent and Natural Guardian of N.A.*; KEISHA ARICHALD, *individually*; MAYLENE OTERO, *as Parent and Natural Guardian of K.R.*; MAYLENE OTERO, *individually*; RACHEL ZIMMERMAN, *as Grandparent and Guardian of H.W.*; and RACHEL ZIMMERMAN, *individually*,

Plaintiffs,

-v.-

DAVID C. BANKS, *in his official capacity as Chancellor of New York City Department of Education*, and NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

24 Civ. 7550 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiffs' Motion for a Preliminary Injunction. (Dkt. #12-14). Accordingly, the Court adopts the following briefing schedule: Defendants' opposition shall be due on or before **November 22, 2024**; and Plaintiffs' reply papers, if any, shall be due on or before **December 2, 2024**. The parties shall appear for a conference on Plaintiffs' pending motion on **December 10, 2024**, at **12:00 p.m.** The conference shall take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: November 13, 2024
       New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge