UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA ARCHIBALD, *as Parent and Natural Guardian of N.A.*; KEISHA ARICHALD, *individually*; MAYLENE OTERO, *as Parent and Natural Guardian of K.R.*; MAYLENE OTERO, *individually*; RACHEL ZIMMERMAN, *as Grandparent and Guardian of H.W.*; and RACHEL ZIMMERMAN, *individually*,

Plaintiffs,

-v.-

DAVID C. BANKS, *in his official capacity as Chancellor of New York City Department of Education*, and NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

24 Civ. 7550 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

By letter dated December 10, 2025, the parties reported to the Court that they have reached a settlement in principle in this case.  (Dkt. #40).  Accordingly, it is hereby:

ORDERED that this action be dismissed and discontinued without prejudice and without costs.  Within sixty (60) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order, or, Plaintiff may apply by letter motion to reopen the action in the event that the settlement is not consummated.  Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its

active docket, and the parties shall be directed to appear before the Court,
without the necessity of additional process, on a date within ten (10) days of
the application, to schedule remaining pretrial proceedings and/or dispositive
motions, as appropriate.  If Plaintiff fails to file an application to reopen by the
aforementioned deadline, untimely applications may be denied solely on that
basis.

This Order shall be deemed a final dismissal and discontinuance of the
action with prejudice in the event that Plaintiff has not requested restoration of
the case to the active calendar within such 60-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn
all remaining dates, and close this case.

SO ORDERED.

Dated:    December 10, 2025
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2